# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DERRICK S. GALVIN**                                              **PLAINTIFF**

v.                           No. 1:18-cv-87-DPM-JTK

**R. JONES, Sergeant,**
**Varner Unit/VSM, ADC,** *et al.*                                 **DEFENDANTS**

## ORDER

**1.** Motion, № 9, granted. Objections due by 15 February 2019.

**2.** Motion for copies, № 10, denied without prejudice. None of the Defendants has been served, so there are no filings from them in this case. The Court directs the Clerk to send Galvin a copy of the docket sheet with this Order. If Galvin needs another copy of any filing on the docket, then he may renew his motion and ask for specific papers.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 February 2019