# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**DERRICK S. GALVIN**                                         **PLAINTIFF**

v.                   No. 1:18-cv-87-DPM-JTK

**R. JONES, Sergeant,
Varner Unit/VSM, ADC,** *et al.*                              **DEFENDANTS**

## ORDER

Motion, № 12, granted. Objections due by 1 March 2019. No further extensions will be granted absent extraordinary circumstances.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 February 2019