IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DERRICK S. GALVIN                                          PLAINTIFF

v.                          No. 1:18-cv-87-DPM

R. JONES, Sergeant,
Varner Unit/VSM, ADC, *et al.*                            DEFENDANTS

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Kearney's recommendation, № 8, and overrules Galvin's objections, № 17. FED. R. CIV. P. 72(b)(3). Galvin's complaint will be dismissed without prejudice for failure to state a claim. *Denton v. Hernandez*, 504 U.S. 25, 32–33 (1992). This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). All other motions are denied as moot. № 13, 15–16 & 18–19. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 March 2019