IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DERRICK S. GALVIN                                            PLAINTIFF

v.                       No. 1:18-cv-87-DPM

R. JONES, Sergeant,
Varner Unit/VSM, ADC, *et al.*                              DEFENDANTS

## JUDGMENT

Galvin's complaint is dismissed without prejudice.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 March 2019